JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**ANA JULIA ROSAS, ET AL.,**<br><br>Defendants. | Case No. CV 16-02898 WDK-PLA<br><br>**JUDGMENT** |

Judgment is hereby entered in favor of plaintiff J & J Sports Productions, Inc. and against defendants Ana Julia Rosas, individually and d/b/a La Parrillada De Covina Restaurant and Raxel, Inc., an unknown business entity d/b/a La Parrillada De Covina Restaurant, upon the Court's grant of summary judgment in favor of plaintiff. [*See* Doc. No. 29.]

IT IS HEREBY ORDERED AND ADJUDGED:

1. Defendants Ana Julia Rosas, individually and d/b/a La Parrillada De Covina Restaurant and Raxel, Inc., an unknown business entity d/b/a La Parrillada De Covina Restaurant, shall pay the plaintiff, J & J Sports Productions, Inc., $6,000.00 in total damages. Pursuant to Local Rules 54-10 and 54-11 plaintiff may submit its motion for costs and attorneys' fees within fourteen (14) days.

IT IS FURTHER ORDERED that the Plaintiff shall serve, by United States mail or by telefax or by email, copies of this Judgment on counsel for the defendants or the pro se defendants in this matter.

Dated: October 18, 2018

_____
William Keller
United States District Judge